FILED
October 2, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                       )<br>                  Plaintiff,                  )<br>v.                                                 )<br>                                                       )<br>JOHN DAVIS,                                  )<br>                                                       )<br>                  Defendant.             ) | Case No. 2:14MJ00220-AC<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOHN DAVIS , Case No.  2:14MJ00220-AC , Charge  21USC § 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __   Release on Personal Recognizance

  __   Bail Posted in the Sum of $_____

         __   Unsecured Appearance Bond

         __   Appearance Bond with 10% Deposit

         __   Appearance Bond with Surety

         __   Corporate Surety Bail Bond

         ✔   (Other)         Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  October 2, 2014  at  2:00 pm .

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court