BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DAVIS,<br><br>　　　　　　　　Defendant. | CASE NO. 2:14-MJ-00220 AC<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE PRELIMINARY HEARING AND FOR EXCLUSION OF TIME**<br><br>[18 U.S.C. § 3161] |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Christiaan Highsmith, counsel for the plaintiff United States of America, and defendant John Davis, by and through his counsel John Manning, Esq., that good cause exists to extend the preliminary hearing currently set for January 6, 2015, at 2:00 p.m. to February 26, 2015, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d).

　　　　Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because additional discovery has been provided to the defense and counsel for defendant will need time to review the materials and advise his client with respect to his options with respect to pre-indictment resolution or preparing the matter for trial post-indictment.  As a result, the defendant agrees that a continuance of the preliminary hearing date will not prejudice him as it will allow his counsel the opportunity to understand the nature and scope of the evidence in this case in order to

prepare an effective defense, as well as to discuss pre-indictment resolution.  Defendant is in custody.

    Counsel further stipulate that an exclusion of time from January 6, 2015, to February 26, 2015, is appropriate under the Speedy Trial Act because the United States has provided pre-indictment discovery and defense counsel will need time to review that discovery.  As a result, counsel for both parties stipulate that the ends of justice are served by the Court excluding such time and outweigh each defendant's interest in a speedy trial, as well as the public's interest in a speedy trial, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(7)(B)(iv). Therefore, time should be excluded from computation under the Speedy Trial under 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

DATED:  December 30, 2014      BENJAMIN B. WAGNER
United States Attorney

*/s/ Christiaan Highsmith*
CHRISTIAAN H. HIGHSMITH
Assistant U.S. Attorney

DATED: December 30, 2014

*/s/ Christiaan Highsmith for*
JOHN MANNING, Esq.
Counsel for defendant JOHN DAVIS

2

Stipulation and [Proposed] Order to Continue
Preliminary Hearing and For Exclusion of Time

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for January 6, 2015, at 2:00 p.m. to February 26, 2015, at 2:00 p.m., before the Duty Magistrate pursuant to Federal Rule of Criminal Procedure 5.1(d); and

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and each defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through February 26, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

IT IS SO ORDERED.

Dated:  December 30, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Davis0220.stipo.cont.px